UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR LEONARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PNC BANK, NA, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 11-11815-NMG |

**REPORT AND RECOMMENDATION ON**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

February 3, 2014

DEIN, U.S.M.J.

## I. INTRODUCTION

This action arises out of the efforts of the plaintiff, Arthur Leonard ("Leonard"), to avert the foreclosure of his home by obtaining a mortgage loan modification from the defendant, PNC Bank, NA ("PNC"), pursuant to the Home Affordable Modification Program ("HAMP"), a government program which aims to provide relief to borrowers who have defaulted or are likely to default on their mortgage loans by reducing payments to sustainable levels without discharging any of the underlying debt. Leonard alleges that throughout the course of his dealings with PNC, the defendant engaged in unfair, deceptive and otherwise unlawful conduct by, *inter alia*, making misrepresentations regarding the plaintiff's obligation to make mortgage payments while his application for a HAMP modification remained pending, issuing repeated requests for information that had

*[Handwritten annotation:]* After consideration of defendants' objection thereto (Docket No. 65) and plaintiff's reply (Docket No. 68), the Report and Recommendation is, as to Count VI, the alleged violation of Mass. Gen. Laws, ch. 93A, rejected, and that count is dismissed without prejudice. See In re Mitchell, 476 B.R. 33, 59-60 (Bankr. D. Mass. 2012). The Report and Recommendation is otherwise accepted and adopted.   NSM Gorton, USDJ 3/18/14